**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IAN PAUL LUSUNG,

      Plaintiff,                          Case No.: 1:26-cv-03814

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | lixiangyunmaiwazi |
| 2 | heilongjiangyubiansishangmaoyouxiangongsi |
| 3 | jijinds |
| 4 | SLHaian |
| 5 | YUIBOO |
| 6 | Fzsopd |
| 7 | SMX-Uiwoltik |
| 8 | MOYYO |
| 9 | NJNT |
| 10 | RunningBear |
| 11 | SLHKPNS |
| 12 | BZH-US |
| 13 | Hryg |
| 14 | wanwutrade |
| 15 | AGONA |
| 16 | Xiamenshiliyoupingfuzhuangyouxiangongsi |
| 17 | Xmxhs |
| 18 | Splwsm |
| 19 | hldfc |
| 20 | MicC |
| 21 | yoyoto |
| 22 | lxooo |
| 23 | KOCOART |

1

| 24 | USHALOKITTY |
| 25 | Vosery |
| 26 | koopder |
| 27 | CENXINL |
| 28 | Axfcmj |
| 29 | SZY918 |
| 30 | YUEYING-US |
| 31 | yilingquyaquelingzhenfanngbaihuodian getigongshanghu |
| 32 | Guisheng-US |
| 33 | Jinrui-us |
| 34 | House KLL |
| 35 | Xia Men Si Mu Si Li Mao Yi You Xian Gong Si |
| 36 | RBfish |
| 37 | Lancerry |
| 38 | Guhothli |
| 39 | xiaopingshangmao123 |
| 40 | JOYSAY |
| 41 | Hong ming he |
| 42 | jmcsy |
| 43 | lihong Gao |
| 44 | Fuchen |
| 45 | Glaphy |
| 46 | XBdian |
| 47 | Caikeny |
| 48 | CLS-GLOBAL |
| 49 | Ripeau |
| 50 | VIKKO |
| 51 | Y B store |
| 52 | BinTu |
| 53 | MaNon |
| 54 | kazland |
| 55 | xianliaowushengwukejiyouxiangongsi2 |
| 56 | YongDeFeiChengDiShangMao |
| 57 | HuaiHuaShiJianPingYouHaiShengWuFangZhiYouXianGongSi |
| 58 | LEXIYOU |
| 59 | Honree |
| 60 | TING YEAH |
| 61 | aoan shop |

| 62 | LiuChaoLi56 |
| 63 | CengFengJianSheGongCheng |
| 64 | bangxinjie |
| 65 | huxiangyinghai |
| 66 | dinadianshop |
| 67 | Wuhan Jique Yue Trading Co., Ltd |
| 68 | qujingxiangwendianzishangwuyouxiangongsi |
| 69 | Zhoukou Yuyu Trading Co., Ltd. |
| 70 | jingmenshigangyoushangmao |
| 71 | HaiYunGongChengJiXieZuLin |
| 72 | JUAMA |
| 73 | Jixing-us |
| 74 | TaiSH |
| 75 | chenjinshui350 |
| 76 | Custom Universal |
| 77 | Shian Ti |
| 78 | SINGSTOUR |
| 79 | ChangZeFT |
| 80 | LIGOUSHENGTAI |
| 81 | ZKING |
| 82 | GuangYaXuanTrade |
| 83 | ZETHLUX |
| 84 | chouxiangjing |
| 85 | WenYaXu |
| 86 | Zotfan |
| 87 | SA-Toy |
| 88 | YanQu |
| 89 | Jmfcy |
| 90 | RUIJC-US |
| 91 | quanSM-US |
| 92 | Hongbai-US |
| 93 | shengCY-US |
| 94 | DUMPL US Ltd. |
| 95 | Foshan Art shop |
| 96 | zuohongjuningjunjianzhugongcheng |
| 97 | FFAFSS |
| 98 | dongxiantang |
| 99 | Haosheng-us |

| | |
|---|---|
| 100 | jiaxinyu-US |
| 101 | kunminglucaishangmaoyouxiangongsi |
| 102 | YQJS |
| 103 | taoaixuemaiwazi |
| 104 | Hebi Zenailang Trading Co., Ltd. |
| 105 | ZCJUNSHOP |
| 106 | futaoshangmao1 |
| 107 | QuJingXiJunFuZhuang |
| 108 | XINHAICAIYANG |
| 109 | ZHANGHONGWEIMAIYIFU |
| 110 | KangLiTao014 |
| 111 | zansapachuangyi |
| 112 | MINGNX-US |
| 113 | youxiandunyuriyongpinyouxiangongsi |
| 114 | haerbinshiqiuliangxinxizixunyouxiangongsi |
| 115 | luoyangzhadashangmaoyouxiangongsi |
| 116 | GuangZhouTingShaMaoYiYouXianGongSi |
| 117 | fuyanghaibinshangmaoyouxiangongsi |
| 118 | DongGuanShiMoBiaoFuZhuangYouXianGongSi |
| 119 | LiShuaiShuai01 |
| 120 | Curly Bear |
| 121 | Nokopwiuv |
| 122 | SHENGLIANGTUO |
| 123 | LINMEIZHEN |
| 124 | HAICH INTERNATIONAL |
| 125 | OULETAIGLUE |
| 126 | YiMingWireless |
| 127 | KuangQi toys store |
| 128 | ZOTONO |
| 129 | Sukong |
| 130 | Yiwu Lixin Trading Co., Ltd. |
| 131 | Yiwu Taoshi Trading Co., Ltd. |
| 132 | Yiwu Zhuoling Device Co., Ltd. |
| 133 | Yiwu Ruifan Trading Co., Ltd. |
| 134 | HILD |
| 135 | jinanliweihaikeji |
| 136 | shenzhenshifubinmaoyi |
| 137 | Yiwu Leyu Trading Co., Ltd. |

| 138 | JinruiMY |
|-----|----------|
| 139 | PJM LC |
| 140 | Home Textiles Leader |
| 141 | PJM SQ |
| 142 | LIUJIANFENG |
| 143 | JPlongdage |
| 144 | HXYMoon |
| 145 | YANHAII |
| 146 | RCONEE |
| 147 | HNXBWH |
| 148 | JPZJAA |
| 149 | JPZJQW |
| 150 | LI AO Aquarius |
| 151 | chenCCJXX |
| 152 | DPP Carpet |
| 153 | Body felt |
| 154 | JYN Homeshop |
| 155 | ZZspring shop |
| 156 | Gxingx shop |
| 157 | MatLand |
| 158 | Unique Homee |
| 159 | Ninth White Rose |
| 160 | Bantian Tiger |
| 161 | Shunchangshop |
| 162 | DreamVibe |
| 163 | Textiles Kings |
| 164 | ZZsunny shop |
| 165 | Ztangtang shop |
| 166 | Zzhudu shop |
| 167 | Yyanghong shop |
| 168 | Qianjinghui shop |
| 169 | Fast Fashion Textile |
| 170 | GZVGZV |

5