**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ian Paul Lusung

                                                        Plaintiff,

v.                                                                          Case No.:
                                                                            1:26−cv−03814
                                                                            Honorable Steven C.
                                                                            Seeger

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, July 28, 2026:


        MINUTE entry before the Honorable Steven C. Seeger: At the plaintiff's request, the deadline to file a joint status report is extended to September 25, 2026. Mailed notice. (jjr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.