**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IAN PAUL LUSUNG,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-03814

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

**PLAINTIFF'S INITIAL STATUS REPORT**

Pursuant to Minute Entry Order [15], Plaintiff IAN PAUL LUSUNG ("Plaintiff") submits this initial status report solely on behalf of Plaintiff and states as follows:

Defendants have not yet been served. Plaintiff's motion for expedited discovery and electronic service of process [11] is currently pending. Without entry of the requested relief, Plaintiff is unable to provide Defendants notice as Plaintiff does not possess any verified contact information for them. Expedited discovery directed to the third-party platforms and payment processors is the mechanism most likely to produce identifying and address information the public record does not contain. Discovery of this information is necessary so that Defendants can be served with notice to conserve judicial resources and proceed to the merits of this case.

DATED: September 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 25, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt