**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ian Paul Lusung

Plaintiff,

v.

Case No.: 1:26−cv−03814
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the status report about service of process. Plaintiff must file another status report by the end of the month. Plaintiff must make a detailed showing of all efforts made to serve process as required by the Hague Convention and by the Seventh Circuit's decision in *Kangol*. If this Court concludes that Plaintiff has not made diligent efforts to serve process in the meantime, this Court will dismiss the case. Plaintiff's counsel is making the same filing in each of the cases before this Court, which confirms that this exercise is a cut−and−paste operation. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.