AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-03814 | DATE FILED<br>4/7/2026 | |
| PLAINTIFF<br>Ian Paul Lusung | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 | see attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ X Order ☐ Judgment | ☐ Yes X No | 11/09/2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | R. Perez | 11/10/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-432-223**
**Effective Date of Registration:**
January 15, 2025
**Registration Decision Date:**
February 11, 2025

## Title

**Title of Work:** Seamless Red Green and Yellow Chili Pepper Pattern in Black Background

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 17, 2019
**Nation of 1st Publication:** Philippines

## Author

- **Author:** Ian Paul Lusung
  **Pseudonym:** ianlusung
  **Author Created:** 2-D artwork
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Ian Paul Lusung
No. 267, M.H. Del Pilar Street, Davsan 2, Sindalan, City of San Fernando, Pampanga, 2000, Philippines

## Rights and Permissions

**Name:** Ian Paul Lusung
**Email:** iplusung@gmail.com
**Address:** No. 267, M.H. Del Pilar Street, Davsan 2,
Sindalan, City of San Fernando
Pampanga 2000 Philippines

## Certification



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-431-361**
**Effective Date of Registration:**
January 15, 2025
**Registration Decision Date:**
February 05, 2025

## Title

**Title of Work:** Seamless Red and Green Chili Pepper Pattern in Black Background

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 16, 2019
**Nation of 1st Publication:** Philippines

## Author

- **Author:** Ian Paul Lusung
  **Pseudonym:** ianlusung
  **Author Created:** 2-D artwork
  **Citizen of:** Philippines

## Copyright Claimant

**Copyright Claimant:** Ian Paul Lusung
No. 267, M.H. Del Pilar Street, Davsan 2, Sindalan, City of San Fernando, Pampanga, 2000, Philippines

## Rights and Permissions

**Name:** Ian Paul Lusung
**Email:** iplusung@gmail.com
**Address:** No. 267, M.H. Del Pilar Street, Davsan 2,
Sindalan, City of San Fernando
Pampanga 2000 Philippines

## Certification



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Ian Paul Lusung

Plaintiff,

v.

Case No.: 1:26−cv−03814
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the notice of voluntary dismissal (Dckt. No. [21]), which is self−effectuating under Rule 41(a)(1)(A)(i). The complaint is dismissed without prejudice. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.